# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Drew Hill, | CASE NO. 12cv307-CAB (JMA) |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHPREJUDICE [Doc. No. 19] |
| vs. | |
| Allied International Credit Corporation, | |
| Defendant. | |

Based upon the Joint Motion for Dismissal, and for good cause appearing, the Court GRANTS the Joint Motion [Doc. No. 19]. Accordingly, this action is DISMISSED WITH PREJUDICE. Further, the Court retains jurisdiction over any necessary enforcement of the settlement agreement until December 18, 2012.

IT IS SO ORDERED.


DATED:  October 18, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge

12cv307